CHRISTOPHER P. CLARK, Appellant, *v.* FRANK H. CROSS, Respondent.

*Clark* v. *Cross,* 77 App. Div. 632, affirmed.
(Submitted April 28, 1904; decided May 17, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 26, 1902, upon an order affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial.

*James A. Ward* for appellant.

*Thomas Burns* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Not voting: O'BRIEN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM NELSON, Appellant, *v.* ISAAC M. MARSH et al., Commissioners for Drainage of Lands in the Town of Southfield, et al., Respondents.

*People ex rel. Nelson* v. *Marsh,* 82 App. Div. 571, affirmed.
(Argued April 28, 1904; decided May 17, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department entered May 4, 1903, which affirmed an order of a Trial Term denying a motion for a peremptory writ of mandamus to compel the defendant commissioners to levy an assessment for the payment of certain drainage bonds.

*John R. Dos Passos, John Murray Mitchell, Samuel W. Bower* and *Edmund F. Harding* for appellant.

*John J. Delany, Corporation Counsel* (*Theodore Connoly* and *George L. Sterling* of counsel), for city of New York, respondent.

*George J. Greenfield* for commissioners, respondents.

Order affirmed, with costs; no opinion.
Concur: GRAY, BARTLETT, VANN and WERNER, JJ. Not voting: PARKER, Ch. J., and O'BRIEN, J. Absent: HAIGHT, J.